*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXHART ENVIRONMENTAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GIFTCRAFT INC. and GIFTCRAFT LTD., <br><br> Defendants. | CASE NO. CV-12-5678 GW (SHx) <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff EXHART ENVIRONMENTAL SYSTEMS, INC. filed a Notice of Dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure to voluntarily dismisses this action without prejudice as to both defendants. Defendants GIFTCRAFT INC. and GIFTCRAFT LTD. have not served an answer or motion for summary judgment. Accordingly,

**IT IS HEREBY ORDERED THAT:**

This action is dismissed in its entirety without prejudice. The parties shall bear their own fees and costs.

Date: February 4, 2013

Hon. George H. Wu
United States District Judge